UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

DAMIAN MARTIN,

                                                                                  Civil Action No:
                                                                                  1:23-cv-4928

               Plaintiff,

-v.-

VICTOR BARBONE, LLC

              Defendants.

-------------------------------------------------------------------x

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** November 8, 2023

| For Plaintiff Damian Martin | For Defendant Victor Barbone, LLC |
|---|---|
| _s/Mark Rozenberg_<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | _s/ Gregory G. Vetter_<br>Gregory G. Vetter<br>Camacho Mauro Mulholland LLP<br>350 5th Ave suite 5101<br>New York, NY 10118<br>Ph: (212) 947-4999<br>gvetterlaw@gmail.com |

1

## CERTIFICATE OF SERVICE

I certify that on November 8, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mark Rozenberg
Mark Rozenberg
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*

So Ordered,

/s/(ARR)
_____
Allyne R. Ross, U.S.D.J.
11/09/2023

2